# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE   :   NO. 340
MAGISTERIAL DISTRICTS WITHIN   :
THE 28th JUDICIAL DISTRICT OF   :   MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF   :
PENNSYLVANIA   :

## AMENDED ORDER

**AND NOW,** this 10th day of December, 2014, all prior orders regarding the Reestablishment of the Magisterial Districts of the 28th Judicial District (Venango County) of the Commonwealth of Pennsylvania, are hereby RESCINDED. It is hereby ORDERED that Magisterial District 28-3-02 shall be eliminated effective January 1, 2015 and Magisterial Districts 28-3-01 and 28-3-04 realigned effective January 1, 2015. Magisterial District 28-3-03 shall be reestablished.

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 28-3-01<br>Magisterial District Judge Andrew F. Fish | City of Oil City<br>Cooperstown Borough<br>Pleasantville Borough<br>Rouseville Borough<br>Allegheny Township<br>Cherrytree Township<br>Cornplanter Township<br>Jackson Township<br>Oakland Township<br>Oil Creek Township<br>Plum Township |
| Magisterial District 28-3-03<br>Magisterial District Judge Michael D. Snyder | City of Franklin<br>Polk Borough<br>Utica Borough<br>Canal Township<br>Frenchcreek Township<br>Mineral Township<br>Sandycreek Township<br>Victory Township |

Magisterial District 28-3-04
Magisterial District Judge Patrick E.
Lowrey

Barkeyville Borough
Clintonville Borough
Emlenton Borough
Sugar Creek Borough
Clinton Township
Cranberry Township
Irwin Township
Pinegrove Township
Richland Township
President Township
Rockland Township
Scrubgrass Township

BY THE COURT:

Ronald D. Castille

Chief Justice of Pennsylvania